UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DISTRICT

RBS CITIZENS, N.A. d/b/a )
CHARTER ONE BANK, a National )
Banking Association, )
) Case No. 1:10-cv-00769
Plaintiff, ) Hon. Matthew F. Kennelly
)
- vs - )
)
PARTS FIT INDUSTRY CO., an Illinois )
corporation, and CHENG LO, an Illinois citizen, )
)
Defendants. )

**PLAINTIFF'S EMERGENCY MOTION
FOR
ORDER DIRECTING DEFENDANTS TO SURRENDER COLLATERAL
TO PLAINTIFF
OR, IN THE ALTERNATIVE,
FOR THE APPOINTMENT OF A RECEIVER**

Plaintiff, RBS Citizens, N.A. d/b/a Charter One Bank ("Charter One"), by and through its attorneys, Simon, Galasso & Frantz, LLC, hereby moves this Court for: (i) an order directing the defendants to surrender collateral to the plaintiff, pledged as security for a commercial line of credit now in default, and enjoining the defendants and their directors, officers, agents, representatives, employees, attorneys, and those in active participation or concert with them and those who receive actual or constructive notice of the injunction from selling, leasing, transferring, hiding, concealing, or disposing of the collateral; or, (ii) in the alternative, appointing a receiver over the defendants. This Motion is supported by a Memorandum of Law filed herewith.

          Respectfully submitted,

          /s/Dean J. Groulx
          Simon, Galasso & Frantz, LLC
          111 E. Wacker Drive, Suite 2606
          Chicago, IL 60601
          (312) 228-0550 - Office
          (312) 228-0549 - Facsimile
          dgroulx@sgfattorneys.com
          ARD# 6291336
          Attorneys for Charter One Bank

Date: February 4, 2010