IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| RBS CITIZENS, N.A. d/b/a CHARTER ONE BANK )<br><br>Plaintiff )<br>)<br>v. )<br>)<br>PARTS FIT INDUSTRY CO., and CHENG LO )<br>)<br>Defendant ) | Case Number: 10-cv-769<br><br>Judge: Matthew Kennelly |

## NOTICE OF MOTION

**TO:** Parts Fit Industry Co

Chen Lo

_____

**PLEASE TAKE NOTICE** that on Tuesday, 2/9/2010 at 9:30 a.m., or as soon thereafter as I may be heard, I shall appear before the Honorable Judge Matthew Kennelly or any judge sitting in his or her stead in **Courtroom** 2103 of the U.S. District Court of the Northern District of Illinois, Eastern Division, 219 South Dearborn St., Chicago, Illinois and shall present **the following motion attached hereto:**

Plaintiff's Emergency Motion for Order Directing Defendants to Surrender Collateral to Plaintiff Or, In the Alternative, For the Appointment of a Receiver

## CERTIFICATE OF SERVICE

I hereby certify that on _____, I provided service to the person or persons listed above by the following means: _____

Signature: _____     Date: _____

Name (Print): _____

Address: _____     Phone: _____

_____