**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.0.3**
**Eastern Division**

RBS Citizens, N.A.

         Plaintiff,

v.               Case No.: 1:10−cv−00769
               Honorable Matthew F. Kennelly

Parts Fit Industry Co., et al.

         Defendant.


**NOTIFICATION OF DOCKET ENTRY**


This docket entry was made by the Clerk on Monday, April 5, 2010:

  MINUTE entry before Honorable Matthew F. Kennelly: Status hearing held. Plaintiff's attorney was present. This case is voluntarily dismissed without prejudice. Civil case terminated. Mailed notice(lcw, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.